UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LAWRENCE JAMES DOWDELL,

        Petitioner,

Case No. 1:23-cv-1151

v.

Honorable Ray Kent

STATE OF MICHIGAN,

        Respondent.
_____/

## JUDGMENT

In accordance with the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to cure a deficiency and want of prosecution.

Dated:   December 6, 2023                          /s/ Ray Kent
                                                                       Ray Kent
                                                                       United States Magistrate Judge